**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TRAYON WHITE, ) | |
| ) | |
| ) | Civil Action No.: 1:14-cv-00723 (CKK) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al ) | |
| ) | |
| Defendant. ) | |
| ) | |

## <u>REQUEST FOR CLERK'S ENTRY OF DEFAULT</u>

Plaintiff, Trayon White, requests that the Clerk of Court enter Default against Defendant, Ricardo N. Amos, pursuant to Federal Rule of Civil Procedure 55(a).  In support of this request Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated November 29, 2016

/s/Lawrence B. Manley

_____

Attorney for Plaintiff