UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAYON WHITE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:14-cv-00723 (CKK) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT

I, Lawrence B. Manley being duly sworn, state as follows:

1. I am the attorney for the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and Amended complaint were filed on 26th day of April, 2016.

3. Defendant(s) was served with a copy of the summons and complaint on July 14, 2016, as reflected on the docket sheet by the proof of service filed on July 25, 2016.(Dkt entry 33).

4. An answer to the complaint was due on November 11, 2016.

5. Defendant Ricardo N. Amos has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

6. Plaintiff requests that the clerk of court enter default against the defendant.

Dated: November 29, 2016

_____
Attorney for Plaintiff

Sworn to and subscribed before
Me this ___ day of November, 2016.

_____
Notary Public

My Commission Expires: 9-30-21

Jonathan Houston
District of Columbia, Notary Public
My Commission Expires
September 30, 2021