UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAYON WHITE | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) Case No.: 14-cv-0073 (CKK) |
| | ) |
| DISTRICT OF COLUMBIA, *et. al.,* | ) |
| | ) |
|     Defendants | ) |

**PLAINTIFF'S RESPONSE TO DISTICT OF COLUMBIA'S MOTION FOR PARTIAL SUMMARY JUDGEMENT**

Plaintiff, Trayon White, by and through undersigned counsel, hereby responds to the Districts motion for partial summary judgment for the District of Columbia as to Plaintiff's § 1983 claim (Claim 1 of the Amended Complaint). The Plaintiff concedes that it may not be able to demonstrate § 1983 claim against the District of Columbia. The Plaintiff notes that he may not be able to show that The District of Columbia had explicit policies that motivated the unprovoked battery by DC police officer Amos against Mr. White or that the District was so indifferent to a pattern of pervasive Constitutional abuse that it amounted to a tactical endorsement. However, the District of Columbia is liable for the actions of its officers under the doctrine of *respondeat superior. Am. Compl. ¶ 42.*

Therefore, consistent with *Monell v. Dept. of Soc. Serv of City of New York*, 436 U.S. 658,690 (1978), it is appropriate that Plaintiff concede, as appropriate, the District's Motion for Partial Summary Judgment on Claim 1 of the Amended Complaint against the District of Columbia.

Dated: February 27, 2017

Respectfully Submitted,


_____/S/ Lawrence B. Manley_____
Lawrence B. Manley, Esq. Bar # 379702
700 12th Street, N.W., Suite 700
Washington, DC 20005
Office: (202) 499-2141; Cell (202) 256-4524
Fax (240) 414-1120
Attorney for Plaintiff