# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRAYON WHITE, | ) |
|  | ) |
|  | ) Civil Action No.: 1:14-cv-00723 (CKK) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| DISTRICT OF COLUMBIA, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## STATUS REPORT

Pursuant to the Court's March 9th, 2017 Order, the parties hereby file this Joint Status Report. The parties conferred and consent to a settlement conference. The parties are interested in engaging in mediation and prefer to use the Court's ADR program.

Dated: March 16, 2017

Respectfully Submitted,

_/s/ Lawrence B. Manley_____
LAWRENCE B. MANLEY [379702]
700 12th Street, N.W., Suite 700
Washington, D.C.  20005
(202) 499-2141

KARL A. RACINE
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Sarah L. Knapp_____ _____
SARAH L. KNAPP
Chief, Civil Litigation Division Section III

      /s/ Alex Karpinski
ALEX KARPINSKI [982184]
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
(202) 442-9866
alex.karpinski@dc.gov