## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRAYON WHITE, | ) |
|  | ) |
|  | ) Civil Action No.: 1:14-cv-00723 (CKK) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## STIPULATION OF DISMISSAL

Wherefore, plaintiff, by and through counsel, hereby dismisses, pursuant to Federal Rule of Civil Procedure 41(a), the above-entitled matter with prejudice. The Clerk of the Court will therefore please dismiss plaintiff's claims with prejudice, with each party to bear their own attorney fees and costs.

Dated: May 16, 2017

Respectfully submitted,

/s/ Lawrence B. Manley
LAWRENCE B. MANLEY [379702]
700 12th Street, N.W., Suite 700
Washington, D.C. 20005
(202) 499-2141

Attorney for Plaintiff

KARL A. RACINE
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

SARAH L. KNAPP [470008]
Chief, Civil Litigation Division Section III
Civil Litigation Division

_/s/ Alex Karpinski_____
ALEX KARPINSKI [982184]
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C.  20001
(202) 442-9866
alex.karpinski@dc.gov