# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAYON WHITE,<br><br>  Plaintiff,<br>    v.<br><br>DISTRICT OF COLUMBIA, *et al*.<br><br>  Defendants. | **Civil Action No. 14-723 (CKK)** |

# ORDER
(May 16, 2017)

In light of Plaintiff's [59] Stipulation of Dismissal, in which Plaintiff states that he dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear their own attorney's fees and costs, it is, this 16th day of May, 2017, hereby

**ORDERED** that this case is DISMISSED WITH PREJUDICE; it is further

**ORDERED** that the May 23, 2017 Status Hearing is VACATED.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　United States District Judge